# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGSAVER LLC, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 11-997 |
| | : | |
| FMC CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *9th* day of *June*, 2011, upon consideration of Defendant FMC Corporation's Motion for Disqualification of Plaintiff's Counsel (Docket No. 22), Plaintiff AgSaver LLC Response (Docket No. 33), Defendant' Reply Brief (Docket No. 38), and Plaintiff's Sur-reply Brief (Docket No. 39), as well as Defendant's Motion for Stay Pending Resolution of the Motion for Disqualification (Docket No. 27) and Plaintiff's Response (Docket No. 34), it is hereby **ORDERED** as follows:

1. Defendant's Motion for Stay Pending Resolution of the Motion for Disqualification (Docket No. 27) is **DENIED**;

2. Defendant's Motion for Disqualification of Plaintiff's Counsel (Docket No. 22) is **DENIED**.

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.